# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY P. HORSTMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKE TORRES, et al.,<br><br>　　　　Defendants. | Case No. CV 15-7914 FMO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendants and the action dismissed with prejudice.

DATE: Sept. 21, 2017

/s/ Fernando M. Olguin
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE