# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JEFFERY P. HORSTMAN,

    Plaintiff,

v.

MIKE TORRES, et al.,

    Defendants.

Case No. CV 15-7914 FMO (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered in favor of Defendants.

DATE: Sept. 21, 2017

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE